LADOS.—Infracción de la Ley del Salario Mínimo. Ponce. Noviembre 19, 1920. *Desistida.*

No. 1608. EL PUEBLO, APELANTE, *v.* RANGEL, APELADO.— Hurto de menor cuantía. Ponce. Noviembre 19, 1920. *Desistida.*

No. 2347. SCHLUTER, APELADA, *v.* HERNÁNDEZ, APELANTE.— Cobro de dinero. San Juan, Sección Primera. Noviembre 23, 1920. *Desestimada.*

No. 2367. FREYRE, APELADO, v. SUCESIÓN SEVILLANO, APELANTE.—Cobro de honorarios. San Juan, Sección Primera. Noviembre 23, 1920. *Desestimada.*

No. 2353. RAMOS, APELANTE, *v.* GARAGE LAREÑO, INC., APELADO.—Daños y perjuicios. Aguadilla. Noviembre 23, 1920. *Desestimada.*

No. 2354. QUIÑONES, APELANTE, *v.* ALCOVER, APELADO.—Filiación. Aguadilla. Noviembre 23, 1920. *Desestimada.*

No. 308. MARTÍNEZ, PETICIONARIO, *v.* BERGA, JUEZ DE DISTRITO. — Aguadilla. *Certiorari.* Noviembre 23, 1920. *Denegado.*

No. 2373. FERNÁNDEZ, APELANTE, *v.* CARVAJAL, APELADO.— Divorcio. San Juan, Sección Segunda. Noviembre 26, 1920. *Desistida.*

No. 2378. EX PARTE ALMÉSTICA, APELANTE. — *Habeas Corpus.* San Juan, Sección Segunda. Noviembre 29, 1920. *Desistida.*

No. 309. RODRÍGUEZ, PETICIONARIO, *v.* CAMPILLO, JUEZ DE DISTRITO, DEMANDADO.—San Juan, Sección Primera. *Certiorari.* Noviembre 30, 1920. *Denegado.*

No. 2282. NAZARIO LUGO, APELADO, *v.* FERNÁNDEZ Y DIEZ ET AL., APELANTES.—Cobro de dinero. Mayagüez. Diciembre 1, 1920. *Desestimada.*

No. 2370. CENTRAL EUREKA, INC., APELANTE, *v.* FAJARDO, APELADO.—*Injunction.* Mayagüez. Diciembre 4, 1920. *Desistida.*

No. 2348. SUCESIÓN DE J. ARCHILLA, APELADA, *v.* MARTÍ-